FILED - MQ
June 18, 2020 10:41 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /s/

# Jury Demand

In The U.S Western District Court

Plaintiff: Kyle B. Richards #641715, et al...

Vs.

Defendants: Unknown Perttu

Case # 2:20-cv-76

Hon. Paul L. Maloney

## Jury Demand

Pursuant to FRCP Rule 38 (A) and (B), The Plaintiff hereby demands a trial by jury as to all issues presented.

Due to locality, and the "Culture of the Jurisdiction" favoring accused, in a time of racially charged hostility, we demand the jury be selected from an alternate venue of more urban non white communities.

Or else we assert prejudice and will seem a remand for retrial in the 6th Circuit. (We demand a racially diverse jury.)

Most Respectfully

/s/

June 11, 2020
6-11-20

Kyle B. Richards #641715
Baraga Maximum Corr.
Facility, 13924 Wadaga rd
Baraga, MI, 49908

(Certificate of Service)

I, Kyle B. Richards, #641715, hereby certify that a copy of this pleading was served on all parties of record via U.S mail on 6·11·20.

Prisoner Name: Kyle Richards
Prisoner Number: 641715
BARAGA CORRECTIONAL FACILITY
13924 Wadaga Road
Baraga, MI 49908-9204



Clerk
United States District Court
299 Federal Bldg.
202 W. Washington St.
PO Box 698
Marquette, MI, 49855