UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KYLE B. RICHARDS #641715,
KENNETH D. PRUITT #708518 and
ROBERT L. KISSEE #575639  NO. 2:20-cv-76

    Plaintiffs,  HON. PAUL L. MALONEY

v

THOMAS PERTTU  MAG. MAARTEN VERMAAT

    Defendant.

_____

| | |
|---|---|
| Kyle Richards #641715<br>*In Pro Per*<br>Baraga Correctional Facility<br>13924 Wadaga Road<br>Baraga, MI 49908-9204 | Joseph Y. Ho (P77390)<br>Assistant Attorney General<br>Attorney for Defendant Perttu<br>Michigan Dept. of Attorney General<br>MDOC Division<br>P.O. Box 30217 |
| Kenneth Pruitt #708518<br>*In Pro Per*<br>Baraga Correctional Facility<br>13924 Wadaga Road<br>Baraga, MI 49908-9204 | Lansing, MI 48909<br>(517) 335-3055<br>hoj@michigan.gov |
| Robert Kissee #575639<br>*In Pro Per*<br>Baraga Correctional Facility<br>13924 Wadaga Road<br>Baraga, MI 49908-9204 | |

_____/

**MDOC DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

MDOC Defendant Thomas Perttu, through counsel, brings this motion under Fed. R. Civ. P. 56(a), and ask the Court to enter an order granting summary judgment in his favor and dismissing the claims against him, based on the grounds set forth in his accompanying brief.

On September 25, 2020, the undersigned telephoned Plaintiffs Richards, Pruitt, and Kissee separately to seek their concurrence in this motion; none of the defendants concurred.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General
Attorney for Defendant Perttu
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
HoJ@michigan.gov

Dated: September 25, 2020

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on September 25, 2020 I electronically filed the *foregoing document(s)* together with this *Certificate of Service* with the Clerk of the Court, which will provide electronic copies to counsel of record and a hard copy of same was placed in First-Class Mail, postage paid, plainly addressed as follows:

Kyle Richards #641715
Baraga Correctional Facility
13924 Wadaga Road
Baraga, MI 49908-9204

_____

Kenneth Pruitt #708518
Baraga Correctional Facility
13924 Wadaga Road
Baraga, MI 49908-9204

_____

Robert Kissee #575639
Baraga Correctional Facility
13924 Wadaga Road
Baraga, MI 49908-9204

And to:

USDC-WD Honorable Paul J. Maloney
137 Federal Bldg
410 W. Michigan Ave
Kalamazoo, MI 49007

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General
Attorney for MDOC Defendant
Michigan Dept. of Attorney General
MDOC Division