UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# BENCH TRIAL ON EXHAUSTION MINUTES

| Case Number | Date | Place | Magistrate Judge |
|---|---|---|---|
| 2:20-cv-76-HYJ | November 4, 2021 | Marquette | Maarten Vermaat |

**TIME:** 9:35 AM – 4:50 PM

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Kyle B. Richards #641715, Robert Kissee #575639, and Kenneth Damon Pruitt #708518 | Unknown Perttu |

## APPEARANCES

| Plaintiff: | Defendant: |
|---|---|
| pro per | Joseph Ho and Allan Soros |

## WITNESSES:

| Plf | Deft | Name of Witness |
|---|---|---|
|  | X | Richard Russel |
|  | X | Thomas Hamel |
|  | X | Craig Cummings |
|  | X | Thomas Perttu |
| X |  | Deliun Kennon-Keyonte Stevenson |
| X |  | Michael Richard Jackson |
| X |  | Michael D. Cornelius |
| X |  | Cleveland Spencer |
| X |  | Larry Taylor |
| X |  | Cody Ian Simmons |
| X |  | Kyle Brandon Richards |
| X |  | Robert Kissee |

## EXHIBITS:

| Plf | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
|  | X | A | MDOC Policy Directive 03.02.130 (Prisoner/Parolee Grievances) | Yes |
|  | X | C-1 | Updated Step III Grievance Report and Relevant Grievances for Kyle Brandon Richards | Yes |
|  | X | D-1 | Step III Grievance Report and Relevant Grievances for Kenneth Damon Pruitt | Yes |
|  | X | E-1 | Step III Grievance Report and Relevant Grievances for Robert Kissee | Yes |
|  | X | C-2 | AMF Grievance Summary Report for Kyle Brandon Richards | Yes |
|  | X | D-2 | AMF Grievance Summary Report for Kenneth Damon Pruitt | Yes |
|  | X | E-2 | AMF Grievance Summary Report for Robert Kissee | Yes |
|  | X | B | MDOC Policy Directive 03.03.140 (PREA and Prohibited Sexual Conduct Involving Prisoners) | Yes |
|  | X | C-3 | PREA/AIM Database Search for Kyle Brandon Richards | Yes |
|  | X | D-3 | PREA/AIM Database Search for Kenneth Damon Pruitt | Yes |
|  | X | E-3 | PREA/AIM Database Search for Robert Kissee | Yes |

Proceedings Digitally Recorded                                   Deputy Clerk: C.A. Moore