UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KYLE B. RICHARDS, et al.,

    Plaintiffs,

Case No. 2:20-cv-76

v.

Hon. Hala Y. Jarbou

UNKNOWN PERTTU,

    Defendant.

_____/

**JUDGMENT**

In accordance with the order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: March 22, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE